**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10          SAN JOSE DIVISION

11  STEPHEN J. PAVLINA,                    )   Case No.: 12-CV-534-LHK
                                           )
12                          Plaintiff,     )   ORDER DIRECTING PARTIES TO FILE
            v.                             )   A JOINT CASE MANAGEMENT
13                                         )   STATEMENT
    SAFECO INSURANCE COMPANY OF            )
14  AMERICA,                               )
                                           )
15                          Defendant.     )
                                           )
16  _____   )

17          The parties have failed to file a Joint Case Management Statement 7 days in advance of the

18  case management conference set for Thursday, November 8, 2012, at 1:30 p.m. as required

19  pursuant to Civil Local Rule 16-10(d).  The parties are hereby ORDERED to file one joint case

20  management statement by Tuesday, November 6, 2012, at 5:00 p.m.  The statement must "report[]

21  progress or changes since the last statement was filed and mak[e] proposals for the remainder of

22  the case development process."  Civ. L. R. 16-10(d).

23  **IT IS SO ORDERED.**

24  Dated: November 5, 2012                  _Lucy H. Koh_____
                                            LUCY H. KOH
25                                          United States District Judge

26
27
28