UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN J. PAVLINA,<br><br>            Plaintiff,<br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>            Defendant. | Case No.: 12-CV-534-LHK<br><br>ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the case management conference set for Thursday, November 8, 2012, at 1:30 p.m. as required pursuant to Civil Local Rule 16-10(d). The parties are hereby ORDERED to file one joint case management statement by Tuesday, November 6, 2012, at 5:00 p.m. The statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: November 5, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

---

1

Case No.: 12-CV-534-LHK
ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT