UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| STEPHEN J. PAVLINA, JR., an individual, | ) ) | Case No.: 12-CV-000534-LHK |
| Plaintiff, | ) ) | ORDER ADVANCING HEARING DATE ON MOTION TO DISMISS AND AMENDING CASE SCHEDULE |
| v. | ) ) | |
| SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation, | ) ) ) | |
| Defendants. | ) ) | |

Defendant Safeco Insurance Company of America ("Defendant") has filed a motion requesting that the Court advance the hearing date on Defendant's Motion to Dismiss Plaintiff's First Amended Complaint ("Motion to Dismiss") from April 11, 2013 to a date between January 24, 2013 and February 14, 2013. Alternatively, Defendant requests that the Court amend the case schedule so that Defendant's Motion to Dismiss can be heard before the last day to hear dispositive motions (currently March 21, 2013). Defendant's request that the hearing date on Defendant's Motion to Dismiss be advanced or that the case schedule be amended is unopposed.

The Court is unable to accommodate Defendant's request that the motion be heard between January 24, 2013 and February 14, 2013. The Court will however ADVANCE the hearing on the Motion to Dismiss to March 21, 2013. The Court will also amend the case schedule so that Defendant's Motion to Dismiss will be heard before the last day to hear dispositive motions. The case schedule is amended as follows:

INITIAL EXPERT REPORTS: January 4, 2013

Case No.: 12-CV-000534-LHK
MINUTE ORDER AND CASE MANAGEMENT ORDER

REBUTTAL EXPERT REPORTS: January 18, 2013

CLOSE OF EXPERT DISCOVERY: February 1, 2013

LAST DAY TO FILE DISPOSITIVE MOTIONS:  April 11, 2013

LAST DAY TO HEAR DISPOSITIVE MOTIONS: May 30, 2013, at 1:30 p.m.

PRETRIAL CONFERENCE: July 3, 2013, at 2:00 p.m.

BENCH TRIAL: August 12, 2013, at 9:00 a.m.

LENGTH OF BENCH TRIAL: 1 day

**IT IS SO ORDERED.**

Dated:  January 3, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-000534-LHK
MINUTE ORDER AND CASE MANAGEMENT ORDER